# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 20-18807 |
| Darryl F. Skrine, Jr., | Chapter 7 |
| Debtor. | Honorable Janet S. Baer |
| Balanced Bridge Funding, LLC, | Adversary Proceeding No. 20-00416 |
| Plaintiff. | |
| v. | |
| Darryl F. Skrine, Jr., | |
| Defendant. | |

## ORDER EXTENDING PRELIMINARY INJUNCTION

IT IS HEREBY ORDERED THAT the Order for Preliminary Injunction entered January 14, 2021 at Docket 20 is extended until February 10, 2021, at 1:30 P.M., at which time the Court will hold a status hearing on the modification or continuance of that order. The hearing will be held via Zoom with meeting ID 160 731 2971 and password 587656.

DATED: January 20, 2021

ENTER:

Honorable Janet S. Baer
United States Bankruptcy Judge